# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KRISTEN SARNOSKI,

    Plaintiff,

    v.

SCRANTON POLICE DEPARTMENT, et al.,

    Defendants.

CIVIL ACTION NO. 3:12-0503

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 12th day of June, 2012, **IT IS HEREBY ORDERED** that:

(1)  Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **GRANTED**.

(2) Magistrate Judge Carlson's Report and Recommendation to Plaintiff's Complaint (Doc. 5) is **REJECTED in part and ADOPTED IN PART**. The Recommendation to dismiss Plaintiff's claims is **ADOPTED**. The Recommendation to dismiss the action is **REJECTED**. Plaintiff **may file an amended complaint** within a time period to be established by the Magistrate Judge. If Plaintiff fails to file an amended complaint within this time period, her claims will be **dismissed without prejudice**.

(3) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

                              /s/ A. Richard Caputo
                              A. Richard Caputo
                              United States District Judge