# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KRISTEN SARNOSKI,

    Plaintiff,

v.

SCRANTON POLICE DEPARTMENT, et al.,

    Defendants

No. 3:12-CV-503

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW** this 21st day of August 2012, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 14) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 14) is **ADOPTED.**

(2) Plaintiff's Amended Complaint (Doc. 13) is **DISMISSED WITH PREJUDICE.**

(3) The Clerk of Court is directed to mark this matter as **CLOSED.**

                                                    /s/ A. Richard Caputo
                                                    A. Richard Caputo
                                                    United States District Judge